An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JABLONSKI ENTERPRISES, LTD., Appellant, vs. SUMMA, LLC, A NEVADA LIMITED LIABILITY COMPANY; COUNTY OF NYE, STATE OF NEVADA; AND SHEREE STRINGER, NYE COUNTY ASSESSOR, Respondents. | No. 68344 **FILED** NOV 0 5 2015 TRACIE K. LINDEMAN CLERK OF SUPREME COURT BY S. Young DEPUTY CLERK |

### ORDER DISMISSING APPEAL

This is an appeal from an order denying appellant's motion for leave to intervene in the underlying litigation. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Respondents have filed motions to dismiss. The motions are not opposed. Having considered the motions to dismiss, we grant them. An order denying a motion to intervene is not appealable. *Aetna Life & Cas. Ins. Co. v. Rowan*, 107 Nev. 362, 812 P.2d 350 (1991). We lack jurisdiction over this appeal and we

Order this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

15-33798

cc: Hon. Kimberly A. Wanker, District Judge
Law Office of Lisa Rasmussen
Attorney General/Carson City
Nye County District Attorney
Robison Belaustegui Sharp & Low
Nye County Clerk